IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MARIO MCGOWAN,<br>Wichita County Jail SO No. 37482,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID DUKE, et al.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:20-cv-114-O |

## JUDGMENT

This action came on for consideration, and Plaintiff's whereabouts being unknown to the Court,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** without prejudice.

The **Clerk of Court** shall transmit copies of this Judgment and the Order Dismissing Case to Plaintiff at his last known address.

**SIGNED** this **29th day** of **July, 2021.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**